IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

    Petitioner,                    No. CIV S-05-1498 MCE KJM P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.              <u>ORDER</u>

                          /

        Petitioner has requested an extension of time to file a supportive opposition related to his objections to findings and recommendations filed on August 25, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 25, 2005 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a supportive opposition.

DATED: October 3, 2005.

                                           UNITED STATES MAGISTRATE JUDGE

/bb
wolf1498.111