1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MARION C. WOLFE,                      No. CIV-S-05-1498 MCE/KJM P

11          Petitioner,

12      v.                                 ORDER

13   JEANNE WOODFORD, ET AL.,

14          Respondents.

15   _____/

16       On November 17, 2005, Petitioner filed a Request for

17   Reconsideration of the Magistrate Judge's Order filed October 28,

18   2005, vacating Findings and Recommendations and granting

19   Petitioner thirty days in which to file an amended petition.

20   Pursuant to E.D. Local Rule 72-303(f), a Magistrate Judge's

21   orders shall be upheld unless "clearly erroneous or contrary to

22   law."  Upon review of the entire file, the Court finds that it

23   does not appear that the Magistrate Judge's ruling was clearly

24   erroneous or contrary to law.

25   ///

26   ///

                                   1

1        Therefore, IT IS HEREBY ORDERED that, upon reconsideration,

2   the order of the Magistrate Judge filed October 28, 2005, is

3   affirmed.

4   DATED: December 14, 2005

5

6

7   _____
    MORRISON C. ENGLAND, JR
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2